O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR14-690-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| SONYA GARCIA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 8, 2016, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on January 5, 2016, August 1, 2016, and August 8, 2016. Government counsel, Julius Nam, the defendant and her appointed Deputy Federal Public Defender attorney, Sonam Henderson, were present. The U.S. Probation Officer, America Bailon, was also present.

The Court questioned the defendant regarding the Petitions on Probation and Supervised Release originally filed on January 5, 2016, August 1, 2016, and August 8, 2016. The defendant is questioned by the Court and advised of his Constitutional Rights. The allegations are read to the defendant. The defendant admits allegations 1 and 3, in violation of her supervised release as stated in the petitions filed January 5, 2016 and August 8, 2016. The Court grants the government's withdraw of allegation no. 2, as stated in the petition filed August 1, 2016. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on November 23, 2015.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of two (2) months. Upon release from imprisonment, defendant shall be placed on supervised release for a period of thirty-three (33) months, under the same terms and conditions previously imposed, with the added condition, as follows:

- Upon release from imprisonment, defendant shall be released directly to and participate in an inpatient drug/mental health treatment program for a period of five (5) months. Thereafter, if defendant has no stable residence, as determined by the Probation Officer, defendant maybe placed in a Residential Reentry Center (RRC) for 90 days.

The Court recommends that defendant be given credit for the time she served in State custody.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: August 9, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: \_\_\_/S/_____
Catherine M. Jeang, Deputy Clerk