O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SONYA GARCIA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO. CR14-690-CAS <br><br> FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On November 29, 2016, this matter came before the Court on Petition on Probation and Supervised Release originally filed on October 13, 2016. Government counsel, Julia Choe and Jeffrey Chemerinsky, the defendant and her appointed Deputy Federal Public Defender attorney, Sonam Henderson, were present. The U.S. Probation Officer, America Bailon, was also present.

The Court questioned the defendant regarding the Petition on Probation and Supervised Release originally filed on October 13, 2016. The defendant is questioned by the Court and advised of her Constitutional Rights. The allegations are read to the defendant. The defendant admits allegations 1 and 2, in violation of her supervised release as stated in the petition filed October 13, 2016. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on November 23, 2015 and August 8, 2016.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked.  The defendant is hereby committed to the custody of the Bureau of Prisons for a term of four (4) months.  Upon release from imprisonment, defendant shall be placed on supervised release for a period of twenty-four (24) months, under the same terms and conditions previously imposed, with the added special condition:

- Defendant shall submit to a search, at any time, with or without warrant, and by any law enforcement or Probation Officer, of the offender's person and any property, house, residence, vehicle, papers, computer,  other electronic communication or data storage devices or media, and effects upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the offender, or by any Probation Officer in the lawful discharge of the officer's supervision functions.

The Court eliminates the condition that defendant participate in the Residential Reentry Center (RRC).  But, if the Probation Officer believes it would be beneficial and defendant is willing to participate, defendant may be placed in a Rehabilitation Program.

The Court recommends that defendant remain at the Metropolitan Detention Center (MDC) for her custodial sentence.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   December 5, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
      Catherine M. Jeang,  Deputy Clerk

2