O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR14-690-CAS-1 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| SONYA GARCIA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On January 12, 2018, this matter came before the Court on Petition on Probation and Supervised Release originally filed on April 4, 2017. Government counsel, Julia Choe, the defendant and her appointed Deputy Federal Public Defender attorney, Kim Savo, were present. The U.S. Probation Officer, America Bailon, was also present.

The defendant admitted to allegation no. 1, in violation of her supervised release, as stated in the Petition filed on April 4, 2017. The Court finds that the defendant is in violation of the terms and conditions of her supervised release imposed on November 25, 2015, August 9, 2016, and December 5, 2016.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of eight (8) months, with no supervised release to follow.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   January 12, 2018

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
    Connie Lee,  Deputy Clerk